PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT | |
|---|---|
| BY: ☐ INFORMATION  ☑ INDICTMENT | CASE NO. 3:25-cr-10-MMD-CLB-1 |
| Matter Sealed: ☐ Juvenile  ☐ Other than Juvenile | USA vs. |
| ☐ Pre-Indictment Plea  ☐ Superseding  ☐ Defendant Added  ☐ Indictment  ☐ Information  ☐ Charges/Counts Added | Defendant: CARLOS RECINOS-VALDEZ |
| Name of District Court, and/or Judge/Magistrate Location (City) | Address: |
| UNITED STATES DISTRICT COURT DISTRICT OF NEVADA    Divisional Office | FILED  APR 3 2025  U.S. MAGISTRATE JUDGE  DISTRICT OF NEVADA  BY: _____ Deputy |
| Name and Office of Person Furnishing Information on THIS FORM: Elizabeth Sweden  ☑ U.S. Atty  ☐ Other U.S. Agency  Phone No. (775) 784-5438 | ☐ Interpreter Required   Dialect: _____ |
| Name of Asst. U.S. Attorney (if assigned): ANDREW KEENAN | Birth Date _____   ☑ Male  ☐ Female   ☐ Alien (if applicable) |
| | Social Security Number _____ |

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Atty  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.

Place of offense _____ County _____

**DEFENDANT**

Issue: ☐ Warrant  ☐ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____

☑ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____
☐ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts 4

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 8 U.S.C. §§ 1324(a)(1)(A)(v)(I) and (a)(1)(B)(i) | Conspiracy to Harbor Illegal Aliens | 1, 2 |
| 4 | 8 U.S.C. §§ 1324(a)(1)(A)(iii) and (a)(1)(B)(i) | Harboring Illegal Aliens | 3, 4, 5 |
| 4 | 18 U.S.C. §§ 1951 and 2 | Aiding and Abetting Attempted Interference with Commerce by Extortion | 6, 8 |
| 4 | 8 U.S.C. §§ 1324(a)(2), (a)(2)(B)(ii) & 18 U.S.C. § 2 | Aiding and Abetting Attempting Bringing Illegal Aliens | 7 |